# **Index of Exhibits**

Exhibit 1 –   Email from Bharath Kakireddy to the University of Farmington with a list of recruited students. Student names redacted.

Exhibit 2 –   Bharath Kakireddy "Application for Admission" to the University of Farmington, dated May 15, 2017.