**From:** Bharath k
**To:** ▮
**Subject:** Complete Enrollment List
**Date:** Monday, April 30, 2018 8:33:52 PM

Hello Mr ▮

Please Find the Attachment of the complete List. And update me when you want me meet for the Next payment.

1. ▮
2. ▮
3. ▮
4. ▮
5. ▮
6. ▮
7. ▮
8. ▮
9. ▮
10. ▮
11. ▮
12. ▮
13. ▮
14. ▮
15. ▮
16. ▮
17. ▮
18. ▮
19. ▮
20. ▮

21. ███████████████
22. ███████████████
23. ███████████████
24. ██████████
25. ██████████████████
26. ████████████████████
27. ████████████
28. ███████████████
29. ██████████████████
30. ██████████████
31. ████████
32. ███████
33. ████████████
34. ███████████████
35. ████████████████████████████
36. ██████████████████
37. ██████████
38. ████████████
39. ██████████████████
40. ██████████████
41. ██████████████████
42. ██████████████████████
43. ████████████
44. ████████████
45. ████████████

46. █████████████████████
47. █████████████
48. ██████████████
49. ████████████████████
50. ██████████
51. ██████████████
52. ██████████████
53. ██████████████
54. ██████████████
55. ███████████████
56. █████████████████
57. █████████████████
58. ██████████████
59. █████████
60. ██████████████
61. ███████████████
62. ███████████████
63. █████████████
64. █████████████
65. ██████████
66. █████████
67. ███████████
68. █████████████
69. ███████████████
70. ███████████████

71. ████████████████
72. ████████████████
73. ██████████████████
74. ██████████████
75. ████████████
76. ██████████████████ua
77. ████████████████
78. ████████████████
79. ██████████████
80. ██████████████
81. ██████████
82. ████████
83. ████████████████
84. ██████████████████
85. ██████████████
86. ██████████████████
87. ██████████████
88. ████████████████
89. ████████████
90. ████████████████████████
91. ██████████████
92. ████████████████
93. ████████████

Thanks,

Bharath