

# International Students

## Application for Admission

All International Students, both undergraduate and graduate, must complete the form below. Return completed applications to University of Farmington, Office of Admissions, 30500 Northwestern Highway, Suite 210, Farmington Hills, MI 48335 or email to admissions@universityoffarmington.edu. A non-refundable application fee of $100 is required prior to processing. Payments may accompany application or be invoiced upon receipt.

**General Information**

Check one: ☐ Undergraduate application   ☑ Graduate application

1. Family name: **kakireddy**   First: **Bharath kumar**   Middle:   Maiden:
2. Gender: ☑ Male ☐ Female   3. Date of birth [Month/Day/Year]: **06 / 10 / 1989**   4. Place of birth [City, Country]: **Manajipet, India**
5. Mailing address (This address will be used for all university correspondence)
   - Number and Street: **900 Discover Blvd Apt 13103**
   - City: 
   - State or Province: **Texas**
   - Postal Code: **78613**
   - Country: **USA**
   - Apt #:
6. Permanent address (In your home country)
   - Number and Street:
   - Apt #:
   - City:
   - State or Province:
   - Postal Code:
   - Country:
7. Primary email:   Secondary email:   Phone number:
8. Which of the following do you consider to be your racial/ethnic background? Please check any that apply.
   ☑ Asian  ☐ Black/African American  ☐ Hispanic/Latino  ☐ Pacific Islander  ☐ White/Caucasian  ☐ Other
9. What is your native language?

### Citizenship

10. Country of citizenship: **India**   Passport Number (attach copy):
11. Are you a permanent resident of the United States? (If yes, please submit a copy of your green card)  ☐ Yes  ☑ No
12. Are you currently inside the U.S. on a valid visa?  ☑ Yes  ☐ No   If yes, what visa do you have? **F1**
13. What type of visa will you use to study at UF?  ☑ F-1  ☐ J-1  ☐ Other
14. Have you applied to UF before?  ☐ Yes  ☑ No   15. To which session and year are you applying now? **Summer 2017**
16. What type of student will you be?  ☐ Non-degree-seeking student  ☐ Visiting/Exchange student  ☐ Degree-seeking student
17. At which level will you study?  ☐ Bachelor's  ☑ Master's
18. What is your intended academic major and degree? **MS – Computer Science**

A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.

## Educational Background

19. Please list all high schools and universities you have attended.

| Name of High School or University | Country | Start Date (Month/Year) | End Date (Month/Year) | Degree Earned |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

20. If you have not graduated from your current school, list each class you are taking in your final year.

| Semester 1 | |
|---|---|
|  |  |
|  |  |
|  |  |

| Semester 2 | |
|---|---|
|  |  |
|  |  |
|  |  |

21. Are you on probation, suspension or dismissal at another college or university?  ☐ Yes  ☐ No   If yes, please explain.

22. Please list scores and test dates for any exams you have completed.

| Exams | Scores | Test date |
|---|---|---|
| TOEFL/IELTS |  |  |
| ACT/SAT |  |  |
| GRE/GMAT |  |  |

23. How did you learn about the University of Farmington? **Friend - Santosh Reddy**

## Emergency Contact

24. ☐ Parent/Guardian   ☐ Spouse   ☐ Other _____

    Family name / First / Middle

    Phone number / Email / Address

## Attestation

25. Did an agency help you with your application to UF?  ☐ Yes  ☒ No

If yes, write the name of the agency or company that assisted you. _____

26. I certify that the information provided on this application is true and complete. I understand that the misrepresentation of facts will be cause for refusal or revocation of admission to the university.

Legal Signature                                                                                     Date: 05/15/17

A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security.